APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00226−CRC</u>−1

Case title: USA v. MOYNIHAN

Magistrate judge case number: 1:21−mj−00265−GMH

Date Filed: 03/17/2021

Assigned to: Judge Christopher R. Cooper

**Defendant (1)**

| | | |
|---|---|---|
| **CHRISTOPHER PATRICK MOYNIHAN** | represented by | **Edward Smock**<br>OFFICE OF THE FEDERAL PUBLIC DEFENDER<br>District of Columbia<br>625 Indiana Avenue, NW<br>Suite 550<br>Washington, DC 20004<br>(202) 208−7500<br>Fax: (202) 208−7515<br>Email: ned_smock@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |
| | | **Sabrina P. Shroff**<br>SABRINA P. SHROFF, ESQ.<br>80 Broad Street<br>19th Floor<br>NYC, NY 10004<br>646−763−1490<br>Email: sabrinashroff@gmail.com<br>*TERMINATED: 04/14/2022*<br>*Designation: Public Defender or Community Defender Appointment* |
| | | **Tony W. Miles**<br>KAISERDILLON PLLC<br>1099 14th Street NW<br>Suite 8th Floor West<br>Washington, DC 20005<br>(202) 640−2850<br>Fax: (202) 280−1034<br>Email: tmiles@kaiserdillon.com |

TERMINATED: 06/07/2021
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting<br>(1) | Defendant is hereby committed to the custody of the Bureau of Prisons for a term of 21 months, on Count 1; a term of 12 months (1 year) on each of Counts 2 and 3; and 6 months on each of Counts 4, 5, and 6, with all such terms to run concurrently. You are further sentenced to serve a 36 month (3 year) term of supervised as to each of Count 1, and a term of 12 months (1 year) on each of Counts 2 and 3, with all such terms to run concurrently. In addition, you are ordered to pay a special assessment of $100 for each of Count 1; $25 for each of Counts 2 and 3; and $10 for each of Counts 4, 5 and 6, for a total of $180. |
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds<br>(2) | Defendant is hereby committed to the custody of the Bureau of Prisons for a term of 21 months, on Count 1; a term of 12 months (1 year) on each of Counts 2 and 3; and 6 months on each of Counts 4, 5, and 6, with all such terms to run concurrently. You are further sentenced to serve a 36 month (3 year) term of supervised as to each of Count 1, and a term of 12 months (1 year) on each of Counts 2 and 3, with all such terms to run concurrently. In addition, you are ordered to pay a special assessment of $100 for each of Count 1; $25 for each of Counts 2 and 3; and $10 for each of Counts 4, 5 and 6, for a total of $180. |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br>(3) | Defendant is hereby committed to the custody of the Bureau of Prisons for a term of 21 months, on Count 1; a term of 12 months (1 year) on each of Counts 2 and 3; and 6 months on each of Counts 4, 5, and 6, with all such terms to run concurrently. You are further sentenced to serve a 36 month (3 year) term of supervised as to each of Count 1, and a term of 12 months (1 year) on each of Counts 2 and 3, with all such terms to run concurrently. In addition, you are ordered to pay a special assessment of $100 for each of Count 1; $25 for each of Counts 2 and 3; and $10 for each of Counts 4, 5 and 6, for a total of $180. |
| 40:5104(e)(2)(A); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Entering and Remaining on the Floor of Congress | Defendant is hereby committed to the custody of the Bureau of Prisons for a term of 21 months, on Count 1; a term of 12 months (1 year) on each of Counts 2 and 3; and 6 months on each of Counts 4, 5, and 6, with all such terms to run concurrently. You are further sentenced to serve a 36 month (3 |

| | |
|---|---|
| (4) | year) term of supervised as to each of Count 1, and a term of 12 months (1 year) on each of Counts 2 and 3, with all such terms to run concurrently. In addition, you are ordered to pay a special assessment of $100 for each of Count 1; $25 for each of Counts 2 and 3; and $10 for each of Counts 4, 5 and 6, for a total of $180. |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building (5) | Defendant is hereby committed to the custody of the Bureau of Prisons for a term of 21 months, on Count 1; a term of 12 months (1 year) on each of Counts 2 and 3; and 6 months on each of Counts 4, 5, and 6, with all such terms to run concurrently. You are further sentenced to serve a 36 month (3 year) term of supervised as to each of Count 1, and a term of 12 months (1 year) on each of Counts 2 and 3, with all such terms to run concurrently. In addition, you are ordered to pay a special assessment of $100 for each of Count 1; $25 for each of Counts 2 and 3; and $10 for each of Counts 4, 5 and 6, for a total of $180. |
| 40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building (6) | Defendant is hereby committed to the custody of the Bureau of Prisons for a term of 21 months, on Count 1; a term of 12 months (1 year) on each of Counts 2 and 3; and 6 months on each of Counts 4, 5, and 6, with all such terms to run concurrently. You are further sentenced to serve a 36 month (3 year) term of supervised as to each of Count 1, and a term of 12 months (1 year) on each of Counts 2 and 3, with all such terms to run concurrently. In addition, you are ordered to pay a special assessment of $100 for each of Count 1; $25 for each of Counts 2 and 3; and $10 for each of Counts 4, 5 and 6, for a total of $180. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:1752(a)(1), 40:5104(e)(2) and | |

18:1512(c)(2)

**Plaintiff**

**USA**  represented by  **James Dennis Peterson**
DOJ–CRM
1331 F Street
6th Floor
Washington, DC 20530
(202) 353–0796
Email: james.d.peterson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Robert Craig Juman**
U.S. ATTORNEY'S OFFICE
500 E. Broward Blvd.
Ft. Lauderdale, FL 33132
786–514–9990
Email: robert.juman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/25/2021 | 1 | SEALED COMPLAINT as to CHRISTOPHER PATRICK MOYNIHAN (1). (Attachments: # 1 Statement of Facts) (zstd) [1:21–mj–00265–GMH] (Entered: 02/25/2021) |
| 02/25/2021 | 3 | MOTION to Seal Case by USA as to CHRISTOPHER PATRICK MOYNIHAN. (Attachments: # 1 Text of Proposed Order)(zstd) [1:21–mj–00265–GMH] (Entered: 02/25/2021) |
| 02/25/2021 | 4 | ORDER granting 3 Motion to Seal Case as to CHRISTOPHER PATRICK MOYNIHAN (1). Signed by Magistrate Judge G. Michael Harvey on 02/25/2021. (zstd) [1:21–mj–00265–GMH] (Entered: 02/25/2021) |
| 02/25/2021 | | Case unsealed as to CHRISTOPHER PATRICK MOYNIHAN (bb) [1:21–mj–00265–GMH] (Entered: 03/01/2021) |
| 02/25/2021 | | Arrest of CHRISTOPHER PATRICK MOYNIHAN in US District Court Southern District of New York. (bb) [1:21–mj–00265–GMH] (Entered: 03/01/2021) |
| 03/01/2021 | 5 | Rule 5(c)(3) Documents Received as to CHRISTOPHER PATRICK MOYNIHAN from US District Court Southern District of New York Case Number 7:21–mj–2205 (bb) [1:21–mj–00265–GMH] (Entered: 03/01/2021) |
| 03/03/2021 | 7 | Arrest Warrant Returned Executed on 2/25/2021 as to CHRISTOPHER PATRICK MOYNIHAN. Defendant arrested on 2/25/2021 in Salt Point, NY. (ztl) Modified execution date on 3/11/2021 (zltp). [1:21–mj–00265–GMH] (Entered: 03/06/2021) |

| 03/03/2021 | | ORAL MOTION to Appoint Counsel by CHRISTOPHER PATRICK MOYNIHAN. (ztl) [1:21−mj−00265−GMH] (Entered: 03/06/2021) |
|---|---|---|
| 03/03/2021 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Initial Appearance as to CHRISTOPHER PATRICK MOYNIHAN held on 3/3/2021. Defendant present by video. Due Process Order given to the Government. Oral Motion to Appoint Counsel by CHRISTOPHER PATRICK MOYNIHAN (1); heard and granted. Speedy Trial Excluded from 3/3/2021 to 5/6/2021 in the Interest of Justice (XT). Preliminary Hearing set for 5/6/2021 at 1:00 PM by Telephonic/VTC before Magistrate Judge Robin M. Meriweather. Bond Status of Defendant: Defendant Remain on Personal Recognizance; Court Reporter: FTR−Gold; FTR Time Frame: Ctrm 4: [2:00:00−2:13:00−2:45:40];Defense Attorney: Tony Miles; US Attorney: Jacob Steiner; Pretrial Officer: John Copes. (ztl) [1:21−mj−00265−GMH] (Entered: 03/06/2021) |
| 03/05/2021 | 8 | ORDER Setting Conditions of Release as to CHRISTOPHER PATRICK MOYNIHAN (1) Personal Recognizance. Signed by Magistrate Judge Zia M. Faruqui on 3/5/2021. (ztl)[1:21−mj−00265−GMH] # 1 Appearance Bond (ztl). (Entered: 03/06/2021) |
| 03/17/2021 | 9 | INDICTMENT as to CHRISTOPHER PATRICK MOYNIHAN (1) count(s) 1, 2, 3, 4, 5, 6. (zstd) (Entered: 03/18/2021) |
| 03/24/2021 | | MINUTE ORDER as to CHRISTOPHER PATRICK MOYNIHAN: The parties are to appear before the court for an Arraignment set for 4/1/2021 at 2:00 PM by VTC before Judge Christopher R. Cooper. Signed by Judge Christopher R. Cooper on 3/24/21. (lsj) Modified to correct hearing date on 3/24/2021 (lsj). (Entered: 03/24/2021) |
| 04/01/2021 | | Minute Entry for video Arraignment held before Judge Christopher R. Cooper as to CHRISTOPHER PATRICK MOYNIHAN on 4/1/2021. Defendant consents to proceed by video and sworn. Defendant enters a Plea of Not Guilty on Counts 1−6 and waives the formal reading of the Indictment. Status Conference set for 6/4/2021 at 10:00 AM by VTC before Judge Christopher R. Cooper. The Court finds it in the interest of justice to toll the speedy trial clock from 4/1/2021 through 6/4/2021. It is ORDERED that pursuant to the Due Process Protections Act, the Court instructs government counsel to review and comply with its Brady disclosure obligations. Failure to comply could result in dismissal of the indictment or individual charges, exclusion of evidence, or any other remedy that is just under the circumstances. Defendant advised to continue to adhere to the conditions of release, previously set forth. Bond Status of Defendant: remains on personal recognizance. Court Reporter: Lisa Moreira; Defense Attorney: Tony W. Miles; US Attorney: Joshua Rothstein (stand−in for Robert Craig Juman). (lsj) (Entered: 04/01/2021) |
| 05/17/2021 | 12 | Unopposed MOTION for Protective Order *Governing Discovery* by USA as to CHRISTOPHER PATRICK MOYNIHAN. (Attachments: # 1 Text of Proposed Order)(Juman, Robert) (Entered: 05/17/2021) |
| 05/17/2021 | 13 | STIPULATED PROTECTIVE ORDER as to CHRISTOPHER PATRICK MOYNIHAN (1). Signed by Judge Christopher R. Cooper on 05/17/2021. (lccrc3) (Entered: 05/17/2021) |
| 05/21/2021 | 14 | NOTICE OF ATTORNEY APPEARANCE: Sabrina P. Shroff appearing for CHRISTOPHER PATRICK MOYNIHAN (Shroff, Sabrina) (Entered: 05/21/2021) |
| 06/04/2021 | | |

| | | |
|---|---|---|
| | | Minute Entry for video Status Conference held before Judge Christopher R. Cooper as to CHRISTOPHER PATRICK MOYNIHAN on 6/4/2021. Further Status Conference set for 8/4/2021 at 2:00 PM by VTC before Judge Christopher R. Cooper. The Court finds it in the interest of justice to toll the speedy trial clock from 6/4/2021 through 8/4/2021.Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Sabrina P. Shroff; US Attorney: Robert Craig Juman. (lsj) (Entered: 06/04/2021) |
| 06/07/2021 | 16 | NOTICE OF SUBSTITUTION OF COUNSEL Attorney Shroff, Sabrina P. added. (Shroff, Sabrina) (Entered: 06/07/2021) |
| 06/18/2021 | 17 | Unopposed MOTION for Disclosure *of Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials* by USA as to CHRISTOPHER PATRICK MOYNIHAN. (Attachments: # 1 Text of Proposed Order)(Juman, Robert) (Entered: 06/18/2021) |
| 06/22/2021 | | MINUTE ORDER granting 17 Motion for Disclosure as to CHRISTOPHER PATRICK MOYNIHAN (1). The United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e). The United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. This Order also applies to the disclosure of the materials described above to any co−defendants who may later be joined. So Ordered. Signed by Judge Christopher R. Cooper on 06/22/2021. (lccrc3) (Entered: 06/22/2021) |
| 07/13/2021 | 18 | NOTICE *Of Filing* by CHRISTOPHER PATRICK MOYNIHAN (Attachments: # 1 Exhibit)(Shroff, Sabrina) (Entered: 07/13/2021) |
| 08/04/2021 | | Minute Entry for video Status Conference held before Judge Christopher R. Cooper as to CHRISTOPHER PATRICK MOYNIHAN on 8/4/2021. Further Status Conference set for 10/5/2021 at 10:00 AM by VTC before Judge Christopher R. Cooper. The Court finds it in the interest of justice to toll the speedy trial clock from 8/4/2021 through 10/5/2021. Bond Status of Defendant: remains on personal recognizance. Court Reporter: Lisa Moreira; Defense Attorney: Sabrina P. Shroff; US Attorney: Robert Craig Juman. (lsj) (Entered: 08/04/2021) |
| 09/16/2021 | 20 | NOTICE *of United States' Memorandum Regarding Status of Discovery as of September 14, 2021* by USA as to CHRISTOPHER PATRICK MOYNIHAN (Juman, Robert) (Entered: 09/16/2021) |
| 10/04/2021 | 21 | Joint MOTION to Continue by CHRISTOPHER PATRICK MOYNIHAN. (Shroff, Sabrina) Modified event title on 10/4/2021 (zstd). (Entered: 10/04/2021) |
| 10/04/2021 | | MINUTE ORDER: The Court grants the 21 Joint Motion to Continue and to exclude the period of the continuance from the computation of time under the Speedy Trial Act as to CHRISTOPHER PATRICK MOYNIHAN. The Court finds it in the interest of justice to toll the speedy trial clock from 10/5/2021 through 12/14/2021. The status conference previously set for 10/5/2021 is vacated. A further Status Conference is set for 12/14/2021 at 2:00 PM by VTC before Judge Christopher R. Cooper. Signed by Judge Christopher R. Cooper on 10/4/2021. (lccrc3) (Entered: 10/04/2021) |
| 10/04/2021 | 22 | Joint STATUS REPORT by CHRISTOPHER PATRICK MOYNIHAN. (See docket entry 21 to view document). (zstd) (Entered: 10/04/2021) |
| 10/25/2021 | 23 | NOTICE *of United States' Memorandum Regarding Status of Discovery as of October 21, 2021* by USA as to CHRISTOPHER PATRICK MOYNIHAN (Juman, Robert) |

| | | |
|---|---|---|
| | | (Entered: 10/25/2021) |
| 11/08/2021 | 24 | NOTICE *of United States' Memorandum Regarding Status of Discovery as of July 12, 2021* by USA as to CHRISTOPHER PATRICK MOYNIHAN (Attachments: # 1 Exhibit A)(Juman, Robert) (Entered: 11/08/2021) |
| 11/08/2021 | 25 | NOTICE *of United States' Memorandum Regarding Status of Discovery as of August 23, 2021* by USA as to CHRISTOPHER PATRICK MOYNIHAN (Juman, Robert) (Entered: 11/08/2021) |
| 11/08/2021 | 26 | NOTICE *of United States' Memorandum Regarding Status of Discovery as of November 5, 2021* by USA as to CHRISTOPHER PATRICK MOYNIHAN (Juman, Robert) (Entered: 11/08/2021) |
| 12/14/2021 | | Minute Entry for video Status Conference held before Judge Christopher R. Cooper as to CHRISTOPHER PATRICK MOYNIHAN on 12/14/2021. Further Status Conference set for 2/17/2022 at 2:00 PM by VTC before Judge Christopher R. Cooper. The Court finds it in the interest of justice to toll the speedy trial clock from 12/14/2021 through 2/17/2022. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Tim Miller; Defense Attorney: Sabrina P. Shroff; US Attorney: Robert Craig Juman. (lsj) (Entered: 12/14/2021) |
| 02/11/2022 | 28 | NOTICE *of United States' Memorandum Regarding Status of Discovery as of February 9, 2022* by USA as to CHRISTOPHER PATRICK MOYNIHAN (Juman, Robert) (Entered: 02/11/2022) |
| 02/17/2022 | | NOTICE OF HEARING as to CHRISTOPHER PATRICK MOYNIHAN: Due to technical difficulties, the Status Conference set for 2/17/2022 is vacated and reset for 2/22/2022 at 2:00 PM by VTC before Judge Christopher R. Cooper. (lsj) (Entered: 02/17/2022) |
| 02/22/2022 | | Minute Entry for video Status Conference held before Judge Christopher R. Cooper as to CHRISTOPHER PATRICK MOYNIHAN on 2/22/2022. The Court finds it in the interest of justice to toll the speedy trial clock from 2/22/2022 through 8/8/2022. Forthcoming Pretrial Order. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Sabrina P. Shroff; US Attorney: Robert Craig Juman. (lsj) (Entered: 02/22/2022) |
| 02/22/2022 | 30 | PRETRIAL ORDER as to CHRISTOPHER PATRICK MOYNIHAN. See full Order for details. Signed by Judge Christopher R. Cooper on 2/22/2022. (lccrc3) (Entered: 02/22/2022) |
| 04/14/2022 | 31 | NOTICE OF SUBSTITUTION OF COUNSEL Attorney Smock, Edward added. (Smock, Edward) (Entered: 04/14/2022) |
| 04/14/2022 | 32 | Unopposed MOTION to *Set Status Conference and Amend Pretrial Schedule* by CHRISTOPHER PATRICK MOYNIHAN. (Smock, Edward) Modified event title and text on 4/15/2022 (zstd). (Entered: 04/14/2022) |
| 04/15/2022 | 33 | MOTION to Amendby CHRISTOPHER PATRICK MOYNIHAN.(See docket entry 32 to view document.) (zstd) (Entered: 04/15/2022) |
| 04/21/2022 | | MINUTE ORDER: The Court grants in part the 33 Motion to Amend the Pretrial Schedule as to CHRISTOPHER PATRICK MOYNIHAN, and hereby sets the following deadlines. Any motions to suppress shall be filed on or before May 16, 2022. All other pre−trial motions, including motions in limine, shall be filed on or |

| | | |
|---|---|---|
| | | before June 6, 2022. Oppositions and replies for all motions shall be due within 14 days and 7 days, respectively. A separate Minute Order setting a status conference will be forthcoming. Signed by Judge Christopher R. Cooper on 4/21/2022. (lccrc3) (Entered: 04/21/2022) |
| 04/21/2022 | | MINUTE ORDER: The Court grants the 32 Motion to Set a Status Conference as to CHRISTOPHER PATRICK MOYNIHAN. The parties are hereby directed to appear for a status conference on May 31, 2022, at 10:00 AM by VTC before Judge Christopher R. Cooper. Video connection information will be provided separately. Signed by Judge Christopher R. Cooper on 4/21/2022. (lccrc3) (Entered: 04/21/2022) |
| 04/28/2022 | | MINUTE ORDER: The Status Conference previously scheduled for May 31, 2022, is hereby reset to May 3, 2022, at 2:30 PM by VTC before Judge Christopher R. Cooper. Video connection information will be provided separately. Signed by Judge Christopher R. Cooper on 4/28/2022. (lccrc3) (Entered: 04/28/2022) |
| 05/03/2022 | | Minute Entry for proceedings held before Judge Christopher R. Cooper: videoStatus Conference as to CHRISTOPHER PATRICK MOYNIHAN on 5/3/2022. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Edward Smock; US Attorney: Robert Craig Juman. (lsj) (Entered: 05/03/2022) |
| 05/26/2022 | 34 | NOTICE OF ATTORNEY APPEARANCE James Dennis Peterson appearing for USA. (Peterson, James) (Entered: 05/26/2022) |
| 06/01/2022 | | NOTICE OF HEARING as to CHRISTOPHER PATRICK MOYNIHAN: Plea Hearing set for 7/6/2022 at 2:00 PM in Courtroom 27A (in person) before Judge Christopher R. Cooper. (lsj) (Entered: 06/01/2022) |
| 06/28/2022 | 35 | Unopposed MOTION to Modify Conditions of Release by CHRISTOPHER PATRICK MOYNIHAN. (Attachments: # 1 Text of Proposed Order)(Smock, Edward) (Entered: 06/28/2022) |
| 06/29/2022 | | MINUTE ORDER: The Court grants the 35 Motion to Amend Order Setting Conditions of Release. It is hereby ORDERED that Mr. Moynihan's Order Setting Conditions of Release, ECF No. 8, is AMENDED to add the requirement at paragraph 7(n) that he submit to testing for a prohibited substance if required by the pretrial services office; and at paragraph 7(o) that he participate in a program of inpatient or outpatient substance abuse therapy and counseling. So Ordered by Judge Christopher R. Cooper on 6/29/2022. (lccrc3) (Entered: 06/29/2022) |
| 07/01/2022 | 36 | Unopposed MOTION to Continue *Plea Agreement Hearing* by CHRISTOPHER PATRICK MOYNIHAN. (Attachments: # 1 Text of Proposed Order)(Smock, Edward) (Entered: 07/01/2022) |
| 07/05/2022 | | MINUTE ORDER: The Court grants the 36 Motion to Postpone Plea Agreement Hearing as to CHRISTOPHER PATRICK MOYNIHAN. The plea hearing is hereby rescheduled for August 23, 2022, at 2:00 PM in Courtroom 27A–In Person before Judge Christopher R. Cooper. The Court finds it in the interest of justice to toll the speedy trial clock from 7/5/2022 to 8/23/2022. Signed by Judge Christopher R. Cooper on 7/5/2022. (lccrc3) (Entered: 07/05/2022) |
| 07/11/2022 | | Terminated Pretrial Deadlines and Hearings as to CHRISTOPHER PATRICK MOYNIHAN (lsj) (Entered: 07/11/2022) |
| 08/14/2022 | 37 | |

8

| | | |
|---|---|---|
| | | MOTION to Dismiss Count *One* by CHRISTOPHER PATRICK MOYNIHAN. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Smock, Edward) (Entered: 08/14/2022) |
| 08/14/2022 | 38 | Unopposed MOTION to Vacate August 23, 2022 Plea Hearing by CHRISTOPHER PATRICK MOYNIHAN. (Attachments: # 1 Text of Proposed Order)(Smock, Edward) Modified event title on 8/15/2022 (zstd). (Entered: 08/14/2022) |
| 08/16/2022 | 39 | Memorandum in Opposition by USA as to CHRISTOPHER PATRICK MOYNIHAN re 37 Motion to dismiss count(s) *One* (Juman, Robert) (Entered: 08/16/2022) |
| 08/16/2022 | 40 | NOTICE *of No Reply to Opposition Brief on Defendant's Motion to Dismiss Count One* by CHRISTOPHER PATRICK MOYNIHAN re 39 Memorandum in Opposition (Smock, Edward) (Entered: 08/16/2022) |
| 08/22/2022 | 41 | OPINION AND ORDER denying 37 Defendant's Motion to Dismiss. See full Opinion and Order for details. Signed by Judge Christopher R. Cooper on 08/22/2022. (lccrc3) (Entered: 08/22/2022) |
| 08/23/2022 | | Minute Entry for Stipulated Bench Trial/Plea Agreement Hearing held before Judge Christopher R. Cooper as to CHRISTOPHER PATRICK MOYNIHAN on 8/23/2022. Defendant sworn. The Court accepts and adopts the Stipulated Facts as to Count 1. The Defendant is found Guilty as to Count 1 of the Indictment, by the Court. The Defendant enters a Plea of Guilty as to Counts 2–6 of the Indictment. The Court accepts the Plea and the Defendant is found Guilty. Presentence investigation report ordered. Sentencing Memorandum due by 12/13/2022. Sentencing set for 12/20/2022 at 10:00 AM in Courtroom 27A (in person) before Judge Christopher R. Cooper. Defendant shall continue to adhere to conditions of release pending sentencing. Bond Status of Defendant: personal recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Edward Smock; US Attorney: James Dennis Peterson. (lsj) (Entered: 08/23/2022) |
| 08/23/2022 | 43 | STATEMENT OF FACTS FOR STIPULATED TRIAL by USA and CHRISTOPHER PATRICK MOYNIHAN (lsj) (Entered: 08/23/2022) |
| 08/23/2022 | 44 | AGREEMENT AND WAIVER OF JURY TRIAL RIGHTS by CHRISTOPHER PATRICK MOYNIHAN (lsj) (Entered: 08/23/2022) |
| 08/23/2022 | 45 | WAIVER of Trial by Jury as to CHRISTOPHER PATRICK MOYNIHAN. Approved by Judge Christopher R. Cooper on 8/23/2022. (lsj) (Entered: 08/23/2022) |
| 12/01/2022 | | MINUTE ORDER as to CHRISTOPHER PATRICK MOYNIHAN: Due to a scheduling conflict and the consent of the parties, the Sentencing set for 12/20/2022 is vacated and reset for 2/1/2023 at 2:00 PM in Courtroom 27A (in person) before Judge Christopher R. Cooper. SO ORDERED by Judge Christopher R. Cooper on 12/1/2022. (lsj) (Entered: 12/01/2022) |
| 01/25/2023 | 50 | SENTENCING MEMORANDUM by USA as to CHRISTOPHER PATRICK MOYNIHAN (Juman, Robert) (Entered: 01/25/2023) |
| 01/25/2023 | 51 | SENTENCING MEMORANDUM by CHRISTOPHER PATRICK MOYNIHAN (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Smock, Edward) (Entered: 01/25/2023) |
| 01/28/2023 | 52 | RESPONSE by USA as to CHRISTOPHER PATRICK MOYNIHAN re 51 Memorandum in Aid of Sentencing (Juman, Robert) Modified to add link on 1/30/2023 (zstd). (Entered: 01/28/2023) |

9

| | | |
|---|---|---|
| 01/28/2023 | 53 | NOTICE *of Filing of Sentencing Exhibits* by USA as to CHRISTOPHER PATRICK MOYNIHAN (Juman, Robert) (Entered: 01/28/2023) |
| 02/03/2023 | | Minute Entry for Sentencing held before Judge Christopher R. Cooper on 2/1/2023 as to CHRISTOPHER PATRICK MOYNIHAN. It is the judgment of the Court, that the Defendant is hereby committed to the custody of the Bureau of Prisons for a term of 21 months, on Count 1; a term of 12 months (1 year) on each of Counts 2 and 3; and 6 months on each of Counts 4, 5, and 6, with all such terms to run concurrently. You are further sentenced to serve a 36 month (3 year) term of supervised as to each of Count 1, and a term of 12 months (1 year) on each of Counts 2 and 3, with all such terms to run concurrently. In addition, you are ordered to pay a special assessment of $100 for each of Count 1; $25 for each of Counts 2 and 3; and $10 for each of Counts 4, 5 and 6, for a total of $180. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Edward Smock; US Attorney: Robert Craig Juman; Prob Officer: Ami Landon; Defense Witness: Jerome Moynihan (lsj) Modified on 2/3/2023 (lsj). Modified to correct sentence on 2/6/2023 (lsj). (Entered: 02/03/2023) |
| 02/08/2023 | 55 | JUDGMENT as to CHRISTOPHER PATRICK MOYNIHAN. Statement of Reasons Not Included. Signed by Judge Christopher R. Cooper on 2/8/2023. (zstd) (Main Document 55 replaced on 2/16/2023) (zstd). (Entered: 02/14/2023) |
| 02/08/2023 | 56 | STATEMENT OF REASONS as to CHRISTOPHER PATRICK MOYNIHAN re 55 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Christopher R. Cooper on 2/8/2023. (zstd) (Entered: 02/14/2023) |
| 02/17/2023 | 57 | NOTICE OF APPEAL – Final Judgment by CHRISTOPHER PATRICK MOYNIHAN Fee Status: No Fee Paid. Parties have been notified. (Smock, Edward) (Main Document 57 replaced on 2/17/2023) (zstd). (Entered: 02/17/2023) |
| 02/17/2023 | 58 | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The fee was not paid as the defendant is represented by FPD as to CHRISTOPHER PATRICK MOYNIHAN re 57 Notice of Appeal – Final Judgment. (zstd) (Entered: 02/17/2023) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| vs. | : | Case No.: 21-cr-00226 (CRC) |
| **CHRISTOPHER PATRICK MOYNIHAN,** | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

**Name and address of appellant:**       Christopher Patrick Moynihan


**Name and address of appellant's attorney:**   Edward Smock
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense**: Count 1: 18:1512(C)(2) And 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction Of An Official Proceeding And Aiding And Abetting; Count 2: 18:1752(A)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering And Remaining In A Restricted Building Or Grounds; Count 3: 18:1752(A)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly And Disruptive Conduct In A Restricted Building Or Grounds; Count 4: 40:5104(E)(2)(A); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Entering And Remaining On The Floor Of Congress; Count 5: 40:5104(E)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct In A Capitol Building; Count 6: 40:5104(E)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, Or Picketing In A Capitol Building.

**Concise statement of judgment or order, giving date, and any sentence:** Defendant is hereby committed to the custody of the Bureau of Prisons for a term of 21 months, on Count 1; a term of 12 months (1 year) on each of Counts 2 and 3; and 6 months on each of Counts 4, 5, and 6, with all such terms to run concurrently. You are further sentenced to serve a 36 month (3 year) term of supervised as to each of Count 1, and a term of 12 months (1 year) on each of Counts 2 and 3, with all such terms to run concurrently. In addition, ordered to pay a special assessment of $100 for each of Count 1; $25 for each of Counts 2 and 3; and $10 for each of Counts 4, 5 and 6, for a total of $180.

**Name of institution where now confined, if not on bail:**   Personal Recognizance Bond

      I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

| | |
|---|---|
| February 17, 2023 | Christopher Patrick Moynihan |
| DATE | APPELLANT |

| | |
|---|---|
| CJA, NO FEE ____FPD_____ | Edward Smock |
| PAID USDC FEE __NO_____ | ASSISTANT FEDERAL PUBLIC DEFENDER |
| | ATTORNEY FOR APPELLANT |
| PAID USCA FEE __NO_____ | |

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes

# UNITED STATES DISTRICT COURT

District of Columbia

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| CHRISTOPHER PATRICK MOYNIHAN | ) | Case Number: 21-CR-226 (CRC) |
| | ) | USM Number: 31838-509 |
| | ) | Edward Smock |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  Two through Six of the Indictment

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☑ was found guilty on count(s)  One of the Indictment
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §§ 1512(c)(2) and 2 | Obstruction of an Official Proceeding and Aiding and Abetting | 1/6/2021 | 1 |
| 18 USC § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds | 1/6/2021 | 2 |

The defendant is sentenced as provided in pages 2 through __8__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

2/1/2023
Date of Imposition of Judgment

Signature of Judge

Honorable Christopher R. Cooper, U.S.D.C. Judge
Name and Title of Judge

2/8/23
Date

DEFENDANT: CHRISTOPHER PATRICK MOYNIHAN
CASE NUMBER: 21-CR-226 (CRC)

Judgment—Page 2 of 8

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds | 1/6/2021 | 3 |
| 40 USC § 5104(e)(2)(A) | Entering and Remaining on the Floor of Congress | 1/6/2021 | 4 |
| 40 USC § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building | 1/6/2021 | 5 |
| 40 USC § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building | 1/6/2021 | 6 |

AO 245B (Rev. 09/19) Judgment in Criminal Case  
Sheet 2 — Imprisonment

Judgment — Page __3__ of __8__

DEFENDANT: CHRISTOPHER PATRICK MOYNIHAN  
CASE NUMBER: 21-CR-226 (CRC)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

21 months on Count 1; a term of 12 months (1 year) on each of Counts 2 and 3; and 6 months on each of Counts 4, 5, and 6, with all such terms to run concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:

Placement near Poughkeepsie, New York, to be close to family. The Court further recommends that the Defendant participates in the RESOLVE Program (mental health) and a drug treatment program.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____　☐ a.m.　☐ p.m.　on _____

　☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____

　☑ as notified by the United States Marsha or as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL

DEFENDANT: CHRISTOPHER PATRICK MOYNIHAN
CASE NUMBER: 21-CR-226 (CRC)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

36 months as to each of Count 1, and a term of 12 months (1 year) on each of Counts 2 and 3, with all such terms to run concurrently

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☒ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: CHRISTOPHER PATRICK MOYNIHAN
CASE NUMBER: 21-CR-226 (CRC)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

DEFENDANT: CHRISTOPHER PATRICK MOYNIHAN
CASE NUMBER: 21-CR-226 (CRC)

## ADDITIONAL SUPERVISED RELEASE TERMS

You shall comply with the following special conditions:

The Court authorizes supervision of this case to be transferred to the United States District Court for the Southern District of New York.

1. Substance Abuse Treatment - You must participate in an inpatient and/or outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.)

2. Substance Abuse Testing - You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

3. Mental Health Treatment - You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.)

4. Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

5. Financial Restrictions - You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

6. Restitution payments shall be made to the Clerk of the Court for the United States District Court, District of Columbia, for disbursement.

7. Restitution Obligation – You must pay the balance of any restitution owed at a rate of no less than $100 each month.

The Probation Office shall release the presentence investigation report to all appropriate agencies, which includes the United States Probation Office in the approved district of residence, in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the Probation Office upon the defendant's completion or termination from treatment.

NOTICE OF APPEAL

You can appeal your conviction to the U.S. Court of Appeals for the D.C. Circuit if you believe that your guilty plea was somehow unlawful or involuntary, or if there is some other fundamental defect in the proceedings that was not waived by your guilty plea.

Pursuant to 18 U.S.C. § 3742(a), you also have a statutory right to appeal your sentence to the D.C. Circuit under certain circumstances, including if you think the sentence was imposed in violation of law or was imposed as a result of an incorrect application of the sentencing guidelines or is more severe than the maximum established in the guideline range. You may also appeal your sentence if you believe you received ineffective assistance of counsel at sentencing.

Pursuant to 28 U.S.C. § 2255, you also have the right to challenge the conviction entered or sentence imposed, to the extent permitted by that statute.

Any notice of appeal must be filed within fourteen days of the entry of judgment or within fourteen days of the filing of a notice of appeal by the government. If you are unable to afford the cost of an appeal, you may request permission from the Court to file an appeal without cost to you. On appeal, you may also apply for court-appointed counsel.

DEFENDANT: CHRISTOPHER PATRICK MOYNIHAN
CASE NUMBER: 21-CR-226 (CRC)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 180.00 | $ 2,000.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Architect of the Capitol | | $2,000.00 | |
| Office of the Chief Financial Officer | | | |
| Ford House Office Building | | | |
| Room H2-205B | | | |
| Washington, DC 20515 | | | |

SEE PAGE 6 FOR PAYMENT SCHEDULE

| TOTALS | $ 0.00 | $ 2,000.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: CHRISTOPHER PATRICK MOYNIHAN
CASE NUMBER: 21-CR-226 (CRC)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ __2,180.00__ due immediately, balance due

   ☐ not later than _____ , or
   ☑ in accordance with ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑  Special instructions regarding the payment of criminal monetary penalties:

   The financial obligations (other than restitution) are immediately payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

   **SEE PAGE 6 FOR RESTITUTION PAYMENT SCHEDULE**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

   Case Number
   Defendant and Co-Defendant Names
   *(including defendant number)*        Total Amount        Joint and Several Amount        Corresponding Payee, if appropriate

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.