# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 23-3022 | September Term, 2022 |
| | 1:21-cr-00226-CRC-1 |
| | Filed On: February 21, 2023 [1986653] |

United States of America,

        Appellee

    v.

Christopher Patrick Moynihan,

        Appellant

## O R D E R

    The notice of appeal was filed on February 17, 2023, and docketed in this court on February 21, 2023. Appellant has been allowed by the district court to prosecute the appeal without prepayment of costs, and appellant is being represented on appeal by the Federal Public Defender for the District of Columbia. It is, on the court's own motion,

    **ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | March 8, 2023 |
| Entry of Appearance Form | March 8, 2023 |
| Transcript Status Report | March 8, 2023 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                BY:    /s/
                                    Tatiana A. Magruder
                                    Deputy Clerk

The following forms and notices are available on the Court's website:

    Criminal Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form