*United States Court of Appeals*
*District of Columbia Circuit*

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 / Facsimile: 202-219-8530

# CRIMINAL DOCKETING STATEMENT
**(To be completed by appellant)**

1. Appellate Case Number: __23-3022__     1a. Criminal Action Number: __21-cr-226 (CRC)__
2. Case Name: __United States v. Christopher Patrick Moynihan__
3. Appellant's Name: __Christopher Patrick Moynihan__
   3a. Appellant's Defendant No: __01__     Appellant's Fed. Reg. No: __31838-509__
4. Date of Conviction: __August 23, 2022__    4a. Date of Sentence: __February 1, 2023__
5. Name of District Court Judge: __Christopher R. Cooper__
6. Date Notice of Appeal Filed: __February 17, 2023__
7. Offense(s) of Conviction: 18 U.S.C. § 1512(c)(2) and 2 Obstruction of an Official Proceeding & Aiding and Abetting; 18 U.S.C. § 1752(a)(1) & (a)(2) Temporary Residence of the President; 40 U.S.C. § 5104(e)(2)(A), (e)(2)(D) & (e)(2)(G) Violent Entry and Disorderly Conduct on Capitol Grounds
8. Did appellant plead guilty?     ☒ Yes ☐ No
9. What sentence was imposed?   21 months' incarceration; 36 months' S/R; $180.00 S/A; $2,000.00 Restitution
10. How much of the sentence has appellant served?   Unknown
11. Is appellant challenging the conviction?   ☐ Yes ☒ No
12. Is appellant challenging the sentence?   ☒ Yes ☐ No
13. Has appellant filed a post-conviction motion?   ☐ Yes ☒ No
    If yes, what motion, date filed, and disposition:
14. Is appellant incarcerated?   ☐ Yes ☒ No
    If yes, where:
    If no, address and phone number:
15. Has appellant moved for release pending appeal in District Court?   ☐ Yes ☒ No
    If yes, date filed and disposition:
    If no, does defendant intend to file such a motion in the District Court?   ☐ Yes ☒ No
16. Will appellant file a motion for release pending appeal in court of appeals?   ☐ Yes ☒ No
17. Did appellant have court-appointed counsel in District Court?   ☒ Yes ☐ No **[FPD appointed]**
18. Does counsel appointed in District Court wish to continue on appeal?   ☒ Yes ☐ No
19. Did defendant have retained counsel in District Court?   ☐ Yes ☒ No
    If yes, will case proceed on appeal with retained counsel?   ☐ Yes ☒ No
    If no, will appellant seek appointment of counsel on appeal?   ☒ Yes ☐ No
    If no, has a motion to proceed in forma pauperis been filed?   ☐ Yes ☒ No **[FPD appointed]**
20. Has counsel ordered transcripts?   ☒ Yes ☐ No
21. If yes, from what proceedings:   03/03, 04/01, 06/04, 08/04, 12/14/21, 02/22, 05/03, 08/23/22 & 02/01/23
22. If yes, when will transcripts be completed?   Unknown
23. Did counsel seek expedited preparation of sentencing transcripts?   ☐ Yes ☒ No

Signature   __/s/__     Date   __March 8, 2023__
Name of Party (Print)   __Christopher Patrick Moynihan__
Name of Counsel (Print)   __Tony Axam, Jr.__
Firm Address   __Federal Public Defender - 625 Indiana Avenue, N.W., Suite 550, Washington, DC 20004__
Phone No.   __(202) 208-7500__     Fax No.   __(202) 208-7515__

Note:   In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence.  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.   Attach a certificate of service to this form.

USCA Form 43
August 2009 (Revised)