UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

───────────────

No. 23-3022

───────────────

UNITED STATES OF AMERICA,                              Appellee,

v.

CHRISTOPHER PATRICK MOYNIHAN,             Appellant.

## JOINT MOTION TO CONTINUE ABEYANCE

Appellee, the United States of America, and appellant, Christopher Patrick Moynihan, jointly move to continue the abeyance of this appeal for an additional 31 days, to October 28, 2024. This appeal arises from Moynihan's conviction under 18 U.S.C. § 1512(c)(2), based on his participation in the January 6, 2021, events at the United States Capitol. On October 5, 2023, before any briefs had been filed, the Court held this case in abeyance pending the Supreme Court's disposition of *Fischer v. United States*, No. 23-5572, which addressed the scope of Section 1512(c)(2). The parties were ordered to file motions to govern further proceedings within 30 days of the *Fischer* decision.

On June 28, 2024, the Supreme Court decided *Fischer*, holding that Section 1512(c)(2) requires proof that the defendant impaired or attempted to impair "the availability or integrity for use in an official proceeding of records, documents, objects, or . . . other things used in the proceeding." *Fischer v. United States*, 144 S. Ct. 2176, 2190 (2024). On July 29, 2024, the Court continued the abeyance of the appeal, ordering the parties to file motions to govern further proceedings by August 28, 2024. To enable the parties to confer regarding future proceedings, the Court further continued the abeyance of the appeal and ordered the parties to file motions to govern by September 27, 2024. The parties remain in the process of conferring and require additional time to discuss how to proceed in this appeal.

WHEREFORE, the parties jointly request that the abeyance status be extended by 31 days, October 28, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

              /s/
T. DIETRICH HILL
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Thomas.Hill@usdoj.gov
(202) 252-6829


A. J. KRAMER
Federal Public Defender

              /s/
ROSANNA M. TAORMINA
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
Rosanna_M_Taormina@fd.org
(202) 208-7500

## CERTIFICATE OF COMPLIANCE WITH RULE 27(d)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this motion contains 265 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
T. DIETRICH HILL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, Rosanna Taormina, rosanna_m_taormina@fd.org, on this 27th day of September, 2024.

/s/
T. DIETRICH HILL
Assistant United States Attorney