**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 23-3022** |
| | ) | |
| **CHRISTOPHER MOYNIHAN** | ) | |
| | ) | |

**JOINT MOTION TO GOVERN FUTURE PROCEEDINGS**

Appellant Christopher Moynihan, through undersigned counsel, and appellee, the United States of America, respectfully file this joint motion to govern future proceedings and move the Court to enter a briefing schedule as proposed below.

As grounds for their request, the parties state as follows:

1. This appeal arises from, *inter alia*, Mr. Moynihan's conviction under 18 U.S.C. § 1512(c)(2), based on his participation in the January 6, 2021 events at the United States Capitol. On October 5, 2023, before any briefs had been filed, the Court held this case in abeyance pending its decision in *United States v. Fischer*, No. 22-3062, and then, ultimately, the Supreme Court's disposition of *Fischer v. United States*, No. 23-5572, which addressed the scope of Section 1512(c)(2). The parties were ordered to file motions to govern further proceedings within 30 days of the *Fischer* decision.

2. On June 28, 2024, the Supreme Court decided *Fischer*, holding that Section 1512(c)(2) requires proof that the defendant impaired or attempted to impair "the availability or integrity for use in an official proceeding of records, documents, objects, or . . . other things used in the proceeding." *Fischer v. United States*, 144 S. Ct. 2176, 2190 (2024). On motion of the parties, the Court has continued the abeyance of the appeal several times, most recently ordering the parties to file motions to govern further proceedings by November 27, 2024. While the parties remain in discussions regarding how to proceed in this appeal in light of *Fischer,* the parties now jointly propose the following schedule:

| | |
|---|---|
| Appellant's Opening Brief: | February 25, 2025 |
| Appellee's Brief: | March 27, 2025 |
| Appellant's Reply Brief: | April 17, 2025 |

WHEREFORE, the parties jointly request that the Court order the parties to file briefs on the proposed schedule or such other schedule as the Court determines would be just and efficient.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

ROSANNA M. TAORMINA
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500

MATTHEW M. GRAVES
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

/s/
T. DIETRICH HILL
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Thomas.Hill@usdoj.gov
(202) 252-6829

**CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that the foregoing motion contains 303 words in Times New Roman 14 point font and does not exceed the word or page limit of Fed. R. App. P. 27(d)(2).

/s/
Rosanna M. Taormina
Assistant Federal Public Defender

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on this 27th day of November, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/
Rosanna M. Taormina
Assistant Federal Public Defender